

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00682-CV

**IN THE INTEREST OF A.P.R.** and J.C.R., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06574
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the appeal is DISMISSED. We ORDER that appellant, Abel Castillo Rodriguez, bear all costs of this appeal.

SIGNED December 7, 2016.

_____
Luz Elena D. Chapa, Justice